■ GEORGE HADGES et al., Appellants, v YONKERS RACEWAY CORP., Respondent, et al., Defendants. [616 NYS2d 189] —Appeal by the plaintiffs from an order of the Supreme Court, Westchester County (Gurahian, J.) dated December 4, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Gurahian at the Supreme Court. Thompson, J. P., Balletta, O'Brien and Florio, JJ., concur.